UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD BROWN, JR., <br><br> Petitioner, <br><br> v. <br><br> MARCUS POLLARD, Warden, <br><br> Respondent. | Case No. 2:22-cv-06755-FLA (KS) <br><br> **ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DENYING MOTION TO AMEND PENDING PETITION [DKTS. 32, 33, 43]** |

1  Pursuant to 28 U.S.C. § 636, the court has reviewed Plaintiff Bernard Brown,
2  Jr.'s ("Plaintiff") Motion to Amend the Pending Petition (the "Motion") (Dkts. 32, 33),
3  all associated records, and the Report and Recommendation of United States Magistrate
4  Judge ("Report"), Dkt. 43.  The time for filing objections passed and no objections were
5  filed.
6  Having completed its review, the court ACCEPTS the findings and
7  recommendations set forth in the Report.  Accordingly, the Motion is DENIED.

9  IT IS SO ORDERED.

11 Dated: March 28, 2025

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2