UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BERNARD BROWN, JR.,

Plaintiff,

v.

MARCUS POLLARD,

Defendant.

Case No. 2:22-cv-06755-FLA (KS)

**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody filed under 28 U.S.C. § 2254, all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing objections has passed and no objections have been filed with the court. Having completed its review, the court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that judgment shall be entered denying the Petition and dismissing this action with prejudice.

IT IS SO ORDERED.

Dated: September 30, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge