JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD BROWN, JR., Plaintiff, v. MARCUS POLLARD, Defendant. | Case No. 2:22-cv-06755-FLA (KS) **JUDGMENT** |

Pursuant to the court's Order Accepting Findings and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed with prejudice.

IT IS SO ORDERED.

Dated: September 30, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge